**STATE of Missouri, Plaintiff-Respondent,**

v.

**Welton Willis ANDERSON, Defendant-Appellant.**

No. 11231.

Missouri Court of Appeals, Southern District, En Banc.

June 8, 1979.

John D. Ashcroft, Atty. Gen., Paul Robert Otto, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

David R. Fielder, Springfield, for defendant-appellant.

PER CURIAM:

Defendant, charged as a second offender, was jury-convicted of uttering a forged check. After considering and overruling his motion for a new trial, the court afforded defendant allocution and sentenced him to imprisonment for a term of five years. Defendant appealed.

The approved transcript on appeal filed herein constitutes a representation by the parties that it includes all of the record in the cause. Rule 81.12(c), V.A.M.R. However, the transcript does not contain a judgment as mandated by Rule 27.11, V.A.M.R.

This is not defendant's fault and, therefore, his appeal will not be dismissed. Rather, the appeal will be held in abeyance and the cause remanded to the circuit court for entry of the required judgment. Upon receipt here of a supplemental transcript attesting entry of the proper judgment, the appeal will be reinstated. Until such receipt is made, the appeal will repose in limbo. *State v. Hayes,* 563 S.W.2d 99 (Mo. App.1978); *State v. Rideeoutte,* 560 S.W.2d 70 (Mo.App.1977); *State v. Covington,* 557 S.W.2d 59 (Mo.App.1977); *State v. Jackson,* 555 S.W.2d 99 (Mo.App.1977).

It is so ordered.

All concur, except FLANIGAN, C. J., dissents in separate opinion filed.

FLANIGAN, Chief Judge, dissenting.

I dissent for the reason that the correction of this defect may be accomplished by order and does not necessitate the issuance of a formal opinion with the attendant publication costs.